UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL INGRAM EL,<br><br>Plaintiff,<br><br>v.<br><br>JO CRAIL, WESTERN MUTUAL INSURANCE, RESIDENCE MUTUAL INSURANCE,<br><br>Defendants. | No. 2:18-cv-1976-MCE-EFB PS<br><br>ORDER |

On October 10, 2018, defendants moved to dismiss plaintiff's complaint for lack of jurisdiction pursuant to Federal Rule of Civil ("Rule") 12(b)(6). ECF No. 12. Defendants noticed the motion for hearing on November 28, 2018. *Id*. On October 31, 2018, plaintiff filed a first amended complaint. ECF No. 16.

Rule 15 permits a party to amend its complaint once as a matter of course within 21 days after service of a motion under Rule 12(b). Fed. R. Civ. P. 15(a)(1)(B). Here, plaintiff was entitled to amend her complaint without leave of court because she filed her amended complaint on October 31, 2018, 21 days after defendants moved to dismiss. Thus, plaintiff's first amended complaint supersedes the original complaint, which defendants' motion seeks to dismiss, rendering the original complaint of no legal effect and the motion to dismiss moot. *See Ramirez v. Silgan Containers*, 2007 WL 1241829, at *6 (E.D. Cal. Apr. 26, 2007).

Accordingly, IT IS HEREBY ORDERED that:

1. This action will proceed on plaintiff's first amended complaint. ECF No. 16.

2. Defendants' motion to dismiss (ECF No. 12) is denied as moot and the November 28, 2018 hearing thereon is vacated.

3. Defendants shall file a response to plaintiff's amended complaint within the time prescribed in the Federal Rules of Civil Procedure.

DATED: November 1, 2018.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE